IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John E. Haskins and Mary L. Haskins, ) | Civil Action No. 2:15-cv-02086-DCN |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| 3M Company, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT ORDER OF DISMISSAL

The above-entitled action is now pending in this Court.

NOW comes Motley Rice , L.L.C., Attorneys for the Plaintiffs, and moves for an Order of Dismissal without prejudice as to Defendant Owens-Illinois, Inc. and

With the consent of Nelson Mullins Riley & Scarborough, LLP, Attorneys for Owens-Illinois, Inc.,

ORDERED that the Plaintiffs be granted an Order of Dismissal without prejudice in the above-entitled matter as to Owens-Illinois, Inc. only. Each party to bear its own costs.

AND IT IS SO ORDERED.

This the 18th day of September, 2015.

_____

David C. Norton
United States District Judge

| | |
|---|---|
| WE SO MOVE: | WE CONSENT: |
| MOTLEY RICE, L.L.C. | NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. |
| s/W. Christopher Swett<br>W. Christopher Swett<br>Post Office Box 650001<br>Mt. Pleasant, SC  29465 | s/Robert O. Meriwether<br>Robert O. Meriwether<br>Post Office Box 11070<br>Columbia, SC  29211 |
| Attorneys for Plaintiffs | Attorneys for Owens-Illinois, Inc. |