UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| John E. Haskins, and Mary L. Haskins, | ) | C/A No.: 2:15-cv-2086 DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 3M Company, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Paul Edwin Dwyer, who represents defendants FMC Corporation and McNally Industries, Inc.:

■     Be **granted** admission *pro hac vice* in this case.

☐     Be **denied** admission *pro hac vice* in this case.

September 18, 2015
Date

David C. Norton
United States District Judge