UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN E. HASKINS and MARY L. HASKINS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )    C/A No.: 2:15-cv-2086-DCN ) |
| 3M COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon consent motion by Plaintiffs John E. Haskins and Mary L. Haskins and Defendant Mine Safety Appliances Company, LLC, to dismiss without prejudice, all claims against Mine Safety Appliances Company. The motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant Mine Safety Appliances Company, LLC are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

This the 25th day of September, 2015.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE