IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN E. HASKINS and MARY L. HASKINS, ) | |
| ) | C/A No. 2:15-CV-2086-DCN |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| 3M COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS GENERAL ELECTRIC COMPANY

COME NOW Plaintiffs, John E. Haskins and Mary L. Haskins by and through undersigned counsel, and pursuant to Rule 41 moves to dismiss Plaintiffs' claims against General Electric Company WITH prejudice, each party to bear its own fees and costs. Plaintiffs expressly reserve their right to proceed against all other defendants as filed.

This 12th day of November, 2015.

                                                  MOTLEY RICE

                                                  By: */s/ W. Christopher Swett*
                                                  W. Christopher Swett
                                                  SC Federal Bar Number 11177
                                                  MOTLEY RICE
                                                  28 Bridgeside Boulevard
                                                  Mt. Pleasant SC 29465
                                                  Telephone: 843-216-9000
                                                  CSwett@motleyrice.com
                                                  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN E. HASKINS and MARY L. HASKINS, ) | |
| ) | C/A No. 2:15-CV-2086-DCN |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| 3M COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

On November 6, 2015, the foregoing Motion to Dismiss General Electric Company was served on all counsel of record in the captioned matter by using the CM/ECF system.

 */s/ W. Christopher Swett*
W. Christopher Swett
SC Federal Bar Number 11177
Attorneys for Plaintiffs

MOTLEY RICE
28 Bridgeside Boulevard
Mt. Pleasant SC 29465
Telephone: 843-216-9000
CSwett@motleyrice.com

1261787.1