IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JOHN E. HASKINS and MARY L. HASKINS,   ) | |
|      ) | |
|      Plaintiffs,   ) | |
| vs.   ) | Civil Action No. 2:15-cv-2086-DCN |
|      ) | |
| 3 M COMPANY, et al.   ) | |
|      ) | |
|      Defendants.   ) | |
| _____   ) | |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiffs John E. Haskins and Mary L. Haskins, to dismiss CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation WITH prejudice.

It appears that good cause exists to permit Plaintiffs to so dismiss this action against Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims of Plaintiffs John E. Haskins and Mary L. Haskins against CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation are hereby DISMISSED WITH PREJUDICE.

This 24th day of March, 2016.

_____
David C. Norton
United States District Court Judge