IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| John E. Haskins and Mary L. Haskins, ) | Civil Action No. 2:15-cv-02086-DCN |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| 3M Company, <u>et al</u>., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT ORDER OF DISMISSAL

The above-entitled action is now pending in this Court.

NOW comes Motley Rice , L.L.C., Attorneys for the Plaintiff, and moves for an Order of Dismissal without prejudice as to Defendant The Nash Engineering Company and

With the consent of Nelson Mullins Riley & Scarborough, LLP, Attorneys for The Nash Engineering Company,

ORDERED that the Plaintiff be granted an Order of Dismissal without prejudice in the above-entitled matter as to The Nash Engineering Company only. Each party to bear its own costs.

AND IT IS SO ORDERED.

_____
David C. Norton
United State District Judge

April 22, 2016
Charleston, South Carolina

| WE SO MOVE: | WE CONSENT: |
|---|---|
| MOTLEY RICE, L.L.C. | NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. |
| s/W. Christopher Swett | s/Robert O. Meriwether |
| W. Christopher Swett | Robert O. Meriwether |
| Federal Bar No. 11177 | Federal Bar No. 01040 |
| Post Office Box 650001 | Post Office Box 11070 |
| Mt. Pleasant, SC  29465 | Columbia, SC  29211 |
| Attorneys for Plaintiffs | Attorneys for The Nash Engineering Company |