IN THE UNITED STATES DISTRICT COURT
FORT THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| John E. Haskins and Mary L. Haskins, | C/A No.: 2:15-cv-2086 |
| Plaintiffs, | |
| vs. | **CONSENT ORDER OF DISMISSAL WITH PREJUDICE** |
| 3M Company, et. al., | |
| Defendants. | |

NOW comes Motley Rice, LLC, Attorneys for the Plaintiffs, with the consent of K&L Gates LLP, Attorneys for Crane Co., and moves for an Order of Dismissal with Prejudice as to Crane Co. pursuant to Fed. R. Civ. P. 41(a).

AND IT IS TO ORDERED that the Plaintiffs be granted an Order of Dismissal with prejudice in the above-entitled matter as to Crane Co. Each party to bear its own costs.

This the 25th day of April, 2016.

_____
The Honorable David C. Norton
U.S. District Court Judge

Page 2 to Consent Order of Dismissal with Prejudice
John E. Haskins and Mary L. Haskins v. 3M Company *et al.*
Case No. 2:15-cv-2086

WE SO MOVE:                              WE CONSENT:


s/ W. Christopher Swett                  s/Christopher A. Jaros
W. Christopher Swett                     Richard A. Farrier, Jr.
SC Bar No. 78251                         SC Bar No. 1962
Motley Rice, LLC                         Christopher A. Jaros
P. O. Box 650001                         SC Bar No. 102057
Mt. Pleasant, SC 29465                   K&L Gates LLP
                                         134 Meeting Street, Suite 200
                                         Charleston, SC 29401

2:15-cv-02086-DCN     Date Filed 04/25/16     Entry Number 138     Page 2 of 2