UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JOHN E. HASKINS and MARY L. HASKINS, | ) | C/A No.:  2:15-cv-2086 DCN |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL AS** |
| | ) | **TO DEFENDANT GARDNER** |
| 3M COMPANY | ) | **DENVER, INC.** |
| A Minnesota Corporation | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Plaintiffs John E. Haskins and Mary L. Haskins and Defendant Gardner Denver, Inc., by and through their undersigned attorneys, stipulate to the dismissal without prejudice of Gardner Denver, Inc., from the above captioned action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| TURNER PADGET GRAHAM & LANEY P.A. | MOTLEY RICE, LLC |
| | |
| */s Thomas M. Kennaday* | */s W. Christopher Swett* |
| By:  Steven W. Ouzts, Esquire | By: W. Christopher Swett, Esquire |
| Thomas M. Kennaday, Esquire | Motley Rice, LLC |
| 1901 Main Street, 17th Floor (29201) | 28 Bridgeside Blvd. |
| Post Office Box 1473 | Mt. Pleasant, SC  29464 |
| Columbia, South Carolina 29202 | |
| (803) 254-2200 | |
| | |
| *ATTORNEYS FOR GARDNER DENVER, INC.* | *ATTORNEY FOR PLAINTIFFS* |
| July 1, 2016 | July 1, 2016 |