IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| John E. Haskins and Mary L. Haskins, ) | Civil Action No. 2:15-cv-02086-DCN |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| 3M Company, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT ORDER OF DISMISSAL

The above-entitled action is now pending in this Court.

NOW comes Motley Rice, L.L.C., Attorneys for the Plaintiffs, and moves for an Order of Dismissal without prejudice as to Defendant Honeywell International Inc. and,

With the consent of Nelson Mullins Riley & Scarborough, LLP, Attorneys for Honeywell International Inc.,

ORDERED that the Plaintiffs be granted an Order of Dismissal without prejudice in the above-entitled matter as to Honeywell International Inc. only. Each party to bear its own costs.

AND IT IS SO ORDERED.

This the 1st day of August, 2016.

_____
David C. Norton
United States District Judge

| WE SO MOVE: | WE CONSENT: |
|---|---|
| MOTLEY RICE, L.L.C. | NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. |
| s/W. Christopher Swett | s/Robert O. Meriwether |
| W. Christopher Swett | Robert O. Meriwether |
| Federal Bar No. 11177 | Federal Bar No. 01040 |
| Post Office Box 650001 | Post Office Box 11070 |
| Mt. Pleasant, SC  29465 | Columbia, SC  29211 |
| Attorneys for Plaintiffs | Attorneys for Honeywell International Inc. |