IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| John E. Haskins and Mary L. Haskins, | Civil Action No. 2:15-cv-02086 |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| 3M Company, *et al.*, | |
| Defendants. | |
| IN RE: SOUTH CAROLINA ASBESTOS LITIGATION | |

THIS MATTER is before the Court upon consent motion by Defendant The Goodyear Tire and Rubber Company and Plaintiffs John E. Haskins and Mary L. Haskins to dismiss without prejudice all claims against The Goodyear Tire and Rubber Company. The motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant The Goodyear Tire and Rubber Company are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

This the 18th day of August, 2016.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE