IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

In Re: Asbestos Products
Liability Litigation

JOHN E. HASKINS and MARY L. HASKINS,

        Plaintiffs,

vs.

3M COMPANY, et al.,

        Defendants.

C/A No. 2:15-CV-2086-DCN

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal without Prejudice.

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, and all of the Plaintiffs' claims against the Defendant Dana Companies, LLC, are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

September 1, 2016
Charleston, South Carolina