IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JOHN E. HASKINS and MARY L. HASKINS, )<br>                )<br>    Plaintiffs,       )<br>vs.               )<br>                 )<br>3 M COMPANY, et al.      )<br>                 )<br>    Defendants.      )<br>                 ) | Civil Action No. 2:15-cv-2086-DCN |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiffs John E. Haskins and Mary L. Haskins, to dismiss Ingersoll-Rand Company WITH prejudice.

It appears that good cause exists to permit Plaintiffs to so dismiss this action against Defendant Ingersoll-Rand Company.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims of Plaintiffs John E. Haskins and Mary L. Haskins against Ingersoll-Rand Company are hereby DISMISSED WITH PREJUDICE.

This 6th day of September, 2016.

_____
David C. Norton
United States District Court Judge

Haskins - IR proposed Order of Dismissal.docx