IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| John E. Haskins and Mary L. Haskins, | ) | Civil Action No. 2:15-cv-02086-DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 3M Company, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE**

NOW comes Motley Rice, L.L.C., Attorneys for the Plaintiffs, with the consent of Richardson Plowden Robinson, P.A., attorneys for John Crane, Inc., and moves for an Order of Dismissal without prejudice as to John Crane, Inc., pursuant to Fed. R. Civ. P. 41(a).

AND IT IS SO ORDERED that the Plaintiffs be granted an Order of Dismissal without prejudice in the above-entitled matter as to John Crane, Inc. Each party to bear its own costs.

This the 8th day of September, 2016.

David C. Norton
United State District Judge