**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| JOHN E. HASKINS and MARY L. HASKINS, <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | CASE NO.: 2:15-cv-02086-ASB |

## JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs and Defendant 3M Company, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and hereby move the Court for an Order dismissing without prejudice all claims against Defendant 3M Company, each party to bear their own costs.

Respectfully submitted this 23rd day of March, 2017.

| | |
|---|---|
| MOTLEY RICE LLC | Bradley Arant Boult Cummings LLP |
| /s/ W. Christopher Swett <br> William Christopher Swett <br> Motley Rice <br> 28 Bridgeside Blvd. <br> Mt. Pleasant, SC 29464 <br> cswett@motleyrice.com <br> *Attorneys for Plaintiff* | s/ Michael C. Griffin <br> Michael C. Griffin <br> 214 North Tryon Street, Suite 3700 <br> Charlotte, NC 28202 <br> (704) 338-6000 <br> (704) 332-8858 ~ Fax <br> mgriffin@babc.com <br> *Attorneys for Defendant 3M Company* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2017, I have filed electronically filed with the Clerk of Court a true copy of the foregoing **JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE** using the CM/ECF system which will send notification of such filling to all parties as listed below:

W. Christopher Swett
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
cswett@motleyrice.com

David Gaillard Traylor, Jr.
James B. Glenn
Robert O. Meriwether
Nelson Mullins Riley and Scarborough
P.O. Box 11070
Columbia, SC 29211
David.traylor@nelsonmullins.com
Jase.glenn@nelsonmullins.com
Robert.meriwether@nelsonmullins.com

Richard Ashby Farrier, Jr.
Christopher Austin Jaros
K&L Gates
134 Meeting Street
Suite 200
Charleston, SC 29401
Richard.FarrierJr@klgates.com
Christopher.jaros@klgates.com

Amy Elizabeth Melvin
Timothy William Bouch
Yancey Alford McLeod, III
Leath Bouch and Crawford
PO Box 59
Charleston, SC 29402
amelvin@leathbouchlaw.com
tbouch@leathbouchlaw.com
ymcleod@leathbouchlaw.com

Moffatt Grier McDonald
Scott E. Frick
William David Conner
Haynsworth Sinkler Boyd
PO Box 2048
Greenville, SC 29602
mmcdonald@hsblawfirm.com
sfrick@hsblawfirm.com
dconner@hsblawfirm.com

Jennifer M. Techman
Evert and Weathersby
3405 Piedmont Road NE
Suite 225
Atlanta, GA 30305
jmtechman@ewhlaw.com

Steven Wayne Ouzts
Thomas M. Kennaday
Turner Padget Graham and Laney
PO Box 1473
Columbia, SC 29202
souzts@turnerpadget.com
tkennaday@turnerpadget.com

Louis P. Herns
Pierce Herns Sloan and McLeod
PO Box 22437
Charleston, SC 29413
louispherns@phswlaw.com

| | |
|---|---|
| John Chrisman Hawk, IV<br>Womble Carlyle Sandridge and Rice<br>PO Box 999<br>Charleston, SC 29492<br>jhawk@wcsr.com | Arthur Timothy Jones<br>Hawkins and Parnell<br>4000 Suntrust Plaza<br>300 Peachtree Street NE<br>Atlanta, GA 30308-3243<br>tjones@hplegal.com |

/s/ Michael C. Griffin
   Michael C. Griffin

- 3 -