IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| John E. Haskins, and Mary L. Haskins,   ) | Civil Action 2:15-cv-2086 DCN |
|                    ) | |
|       Plaintiffs,        ) | |
|                    ) | **ORDER OF DISMISSAL** |
| v.                    ) | |
|                    ) | |
| 3M Company, *et al.*,     ) | |
|                    ) | |
|       Defendants.     ) | |

This matter is before the court upon a joint motion to dismiss plaintiff's action against defendant 3M Company with prejudice. This motion was filed on March 23, 2017. It is therefore

**ORDERED** that the joint motion to dismiss is **GRANTED.** Defendant 3M Company is hereby dismissed with prejudice.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

March 24, 2017
Charleston, South Carolina