IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

JOHN E. HASKINS and MARY L. )
HASKINS, )
          )
       Plaintiffs, )
          )    Civil Action No. 2:15-cv-2086-DCN
    v. )
          )
3M COMPANY, et al., )
          )
       Defendants. )

**<u>JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT IMO INDUSTRIES, INC.</u>**

    Now come the undersigned counsel for the Plaintiffs and Defendant IMO Industries, Inc. and

stipulate to the dismissal with prejudice of all claims in the above-entitled action pursuant to Rule 41

of the Federal Rules of Civil Procedure, each party to bear their own costs.  Plaintiffs expressly

reserve the right to proceed against all other Defendants as filed.

    Respectfully submitted this 29th of June, 2016.

    WE SO STIPULATE:

*s/W. Christopher Swett*          *s/William A. Collins, Jr.*
W, Christopher Swett, Esquire      William A. Collins, Jr., Esquire
Motley Rice LLC           Dougall & Collins
28 Bridgeside Blvd.         1700 Woodcreek Farms Road, Suite 100
Post Office Box 650001       Elgin, South Carolina 29045
Mt. Pleasant, SC 29465       (803) 865-8858
(843) 216-9149          wcollins@dougallfirm.com
cswett@motleyrice.com

ATTORNEYS FOR PLAINTIFF     ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on the 29th day of June, 2016, a true and complete copy of the

foregoing was electronically filed with the Clerk of Court by using the CM/ECF system.

s/ William A. Collins, Jr.

Thomas F. Dougall (Fed. I.D. # 5157)

William A. Collins, Jr. (Fed. I.D. #6516)

Michal Kalwajtys, (Fed. I.D. #11865)

**DOUGALL & COLLINS**

1700 Woodcreek Farms Road, Suite 100

Elgin, South Carolina 29045

(803) 865-8858 (TEL)

(803) 865-8944 (FAX)

Attorneys for Defendant IMO Industries, Inc.
