IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

In Re: Asbestos Products
Liability Litigation

| | |
|---|---|
| JOHN E. HASKINS and MARY L. HASKINS, | |
| Plaintiffs, | C/A No. 2:15-CV-2086-DCN |
| vs. | |
| 3M COMPANY, et al., | |
| Defendants. | |

**CONSENT MOTION FOR DISMISSAL OF
FMC CORPORATION
MCNALLY INDUSTRIES, INC.**

Pursuant to Rule 41, Federal Rules of Civil Procedure, Defendants FMC Corporation, on behalf of its former Northern pump business, improperly sued as "FMC Corporation, individually and as successor in interest to Northern Pump Company", and McNally Industries, Inc., with the consent of Plaintiffs John E. Haskins and Mary L. Haskins, move this court for an order of dismissal with prejudice as to FMC Corporation, on behalf of its former Northern pump business, improperly sued as "FMC Corporation, individually and as successor in interest to Northern Pump Company", and McNally Industries, Inc., each party to bear its own costs.

[SIGNATURE BLOCK FOLLOWS]

2

| WE SO MOVE: | WE CONSENT: |
|---|---|
| /s/ Moffatt G. McDonald | /s/ W. Christopher Swett |
| Moffatt G. McDonald, No. 02805 | W. Christopher Swett, No. 11177 |
| Scott E. Frick, No. 09417 | Motley Rice LLC |
| W. David Conner, No. 05986 | P. O. Box 650001 |
| HAYNSWORTH SINKLER BOYD, P.A. | Mt. Pleasant, SC 29465 |
| ONE North Main, 2d Floor | Attorneys for Plaintiffs |
| P.O. Box 2048 | |
| Greenville, SC 29602 | |
| Attorneys for Defendants FMC Corporation, on behalf of its former Northern pump business, improperly sued as "FMC Corporation, individually and as successor in interest to Northern Pump Company", and McNally Industries, Inc. | |

2

CERTIFICATE OF SERVICE

       I hereby certify that on August 9, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case:

W. Christopher Swett
MOTLEY RICE LLC
28 Bridgestone Blvd.
P.O. Box 650001
Mt. Pleasant, SC 29465
*Attorney for Plaintiffs*

Defense Counsel of Record

                                                  /s/ Moffatt G. McDonald