# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

In Re: Asbestos Products
Liability Litigation

| | |
|---|---|
| JOHN E. HASKINS and MARY L. HASKINS, | |
| Plaintiffs, | C/A No. 2:15-cv-2086-DCN |
| vs. | |
| 3M COMPANY, et al., | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal with Prejudice.

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, and all of the Plaintiffs' claims against Defendants FMC Corporation, on behalf of its former Northern pump business, improperly sued as "FMC Corporation, individually and as successor in interest to Northern Pump Company", and McNally Industries, Inc. are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
David C. Norton
United States District Court

August 9, 2017
Charleston, South Carolina